# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FUNERAL CONSUMERS ALLIANCE INC., et al., | ) | 3:06-CV-031-LRH (RAM) |
| | ) | **MINUTES OF THE COURT** |
| Plaintiffs, | ) | |
| | ) | February 16, 2006 |
| vs. | ) | |
| | ) | |
| SERVICE CORPORATION INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 23, 2006, Plaintiffs filed a Motion to Compel Third Party Walton's, Inc. to Comply with Subpoena Duces Tecum (Doc. #3). There has been no opposition.

LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Therefore, Plaintiffs' Motion to Compel Third Party Walton's, Inc. to Comply with Subpoena Duces Tecum (Doc. #3) is **GRANTED**. Third Party Walton's, Inc. shall comply with the Subpoena Duces Tecum within fifteen (15) days of the date of this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:        /s/
           Deputy Clerk